# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID McCALLUM, et al., | Case No. 1:17-cv-01481-AWI-SAB |
| Plaintiffs, | ORDER VACATING DECEMBER 13, 2017 HEARING ON DEFENDANT'S MOTION TO DISMISS |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

On October 3, 2017, Plaintiffs David McCallum and Donna McCallum ("Plaintiffs") filed this action in Fresno County Superior Court. (ECF No. 1-1.) On November 3, 2017, Defendant Wells Fargo Bank, N.A. ("Defendant") removed the action to the Eastern District of California. (ECF No. 1.) On November 10, 2017, Defendant filed a motion to dismiss and request for judicial notice that were referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (ECF No. 6.) Hearing on the motion to dismiss was set for December 13, 2017. (ECF No. 7.)

Pursuant to the Local Rule, Plaintiff's opposition to the motion to dismiss was due November 29, 2017. L.R. 230(c). Plaintiff did not file a timely opposition to the motion. The Local Rule provides that a party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument. L.R. 230(c).

///

1

Accordingly, IT IS HEREBY ORDERED that the hearing set for December 13, 2017, is VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **December 5, 2017**

_____
UNITED STATES MAGISTRATE JUDGE