# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID McCALLUM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No. 1:17-cv-01481-AWI-SAB <br><br> ORDER REQUIRING THE PARTIES TO FILE DISPOSITIVE DOCUMENTS AND VACATING ALL PENDING DATES AND MATTERS <br><br> (ECF No. 9) <br><br> THIRTY DAY DEADLINE |

On October 3, 2017, Plaintiffs David McCallum and Donna McCallum ("Plaintiffs") filed this action in Fresno County Superior Court. (ECF No. 1-1.) On November 3, 2017, Defendant Wells Fargo Bank, N.A. ("Defendant") removed the action to the Eastern District of California. (ECF No. 1.) On December 6, 2017, Defendant Wells Fargo Bank, N.A. filed a notice that the parties have settled this matter.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated: **December 7, 2017**

UNITED STATES MAGISTRATE JUDGE

1