# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID McCALLUM, et al., | Case No. 1:17-cv-01481-AWI-SAB |
| Plaintiffs, | ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH DECEMBER 7, 2017 ORDER |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | (ECF No. 10) |
| | FIVE DAY DEADLINE |

On October 3, 2017, Plaintiffs David McCallum and Donna McCallum ("Plaintiffs") filed this action in Fresno County Superior Court. (ECF No. 1-1.) On November 3, 2017, Defendant Wells Fargo Bank, N.A. ("Defendant") removed the action to the Eastern District of California. (ECF No. 1.) On December 7, 2017, Defendant filed a notice of settlement. (ECF No. 9.) On December 7, 2017, an order issued requiring the parties to file dispositional documents within thirty thirty days. More than thirty days have passed and the parties have not complied with or otherwise responded to the December 7, 2017 order.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that, within five (5) days from the date of service of this order, Defendant shall show cause in writing why sanctions should not issue for the failure to comply with the December 7, 2017 order.

IT IS SO ORDERED.

Dated: **January 9, 2018**

_____
UNITED STATES MAGISTRATE JUDGE