# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID McCALLUM, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>  Defendant. | Case No. 1:17-cv-01481-AWI-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 11, 13)<br><br>DEADLINE: January 26, 2018 |

On October 3, 2017, Plaintiffs David McCallum and Donna McCallum ("Plaintiffs") filed this action in Fresno County Superior Court. (ECF No. 1-1.) On November 3, 2017, Defendant Wells Fargo Bank, N.A. ("Defendant") removed the action to the Eastern District of California. (ECF No. 1.) On November 10, 2017, Defendant filed a motion to dismiss and request for judicial notice that were referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (ECF No. 6.)

On December 6, 2017, Defendant filed a notice of settlement and dispositive documents were to be filed within thirty days of December 7, 2017. (ECF Nos. 9, 10.) Dispositive documents were not filed, so on January 10, 2018, an order was filed required Defendant to show cause why sanctions should not issue for the failure to comply with the December 7, 2017 order. (ECF No. 11.) Defendant filed a response to the order to show cause on January 12, 2018. (ECF No. 13.)

1

Based on Defendant's response, the order to show cause filed January 10, 2018 is HEREBY DISCHARGED and the parties shall file dispositive documents on or before January 26, 2018. Defendant is advised that the failure to file dispositive documents in compliance with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: __**January 16, 2018**__

UNITED STATES MAGISTRATE JUDGE