# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID McCALLUM, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant. | Case No. 1:17-cv-01481-AWI-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION<br><br>(ECF No. 15) |

　　　　On October 3, 2017, Plaintiffs David McCallum and Donna McCallum ("Plaintiffs") filed this action in Fresno County Superior Court. (ECF No. 1-1.) On November 3, 2017, Defendant Wells Fargo Bank, N.A. ("Defendant") removed the action to the Eastern District of California. (ECF No. 1.) On January 23, 2018, the parties filed a joint stipulation to dismiss the action with prejudice with each party to bear its own costs and fees. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

　　　　Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __**January 24, 2018**__　　　　　　　　_/s/ Stanley A. Boone_
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1